# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BARBARA BUSH,

        Plaintiff,        Case No. 04-C-1127

      v.

JO ANNE B. BARNHART,
Commissioner of Social Security
Administration,

        Defendant.

## OPINION AND ORDER

The parties to this social security action for judicial review have stipulated to an award of attorney fees and costs in the amount of $4,227.88 to the attorney for the Plaintiff who prevailed before this court. Therefore, the court ORDERS that the motion for attorney fees (filed December 15, 2005) IS GRANTED and that the judgment entered on September 21, 2005, shall be amended to include the fee and cost award. This amendment shall provide that:

> IT IS FURTHER ORDERED that the Defendant shall pay the Plaintiff's attorney, Lynn M. Zuehlsdorf-Mack, the sum of Four Thousand Two Hundred Twenty-Seven Dollars and Eighty-Eight Cents ($4,227.88) for all fees and costs incurred in this action.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 11th day of January, 2006.

                        s/ Thomas J. Curran
                        Thomas J. Curran
                        United States District Judge